ALICE M. KURTZ, Appellant, v. EASTERN DISTRICT SAVINGS BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

ROSWELL H. L'HOMMEDIEU, Respondent, v. JOSEPH COOK and NELLIE I. COOK, Appellants, and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon authority of *Paul* v. *Fargo* (84 App. Div. 9). Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

SALVATOR LIPARI, Respondent, v. THE BUSH TERMINAL COMPANY, Appellant.— Judgment and order affirmed, with costs, upon authority of *Lipari* v. *Bush Terminal Company* (*ante*, p. 309), decided herewith. Rich, Blackmar and Kelly, JJ., concur; Putnam, J., dissents on the ground of error in the refusal to charge at folio 397 regarding plaintiff as a fellow-servant, with whom Jenks, P. J., concurs.

JAMES LOW LOCKWOOD, as Administrator, etc., of ELIZABETH LOCKWOOD, Deceased, Appellant, v. PETER PASCHETTE, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event. The evidence adduced was sufficient to entitle the plaintiff to have the question of defendant's negligence and plaintiff's intestate's freedom from contributory negligence submitted to the jury. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

HERMAN MAYER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Determination of the Appellate Term affirmed, with costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.